IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-00-5432 REC |
| | ) | |
| | ) | ORDER DIRECTING PARTIES TO APPEAR FOR FURTHER STATUS CONFERENCE RE NINTH CIRCUIT REMAND ON MONDAY, SEPTEMBER 26, 2005 AT 9:00 a.m. IN COURTROOM ONE |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| AURORA TREVINO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Ninth Circuit's remand, the parties are ordered to appear on Monday, September 26, 2005 at 9:00 a.m. in Courtroom One for further proceedings consistent with <u>United States v. Ameline</u>, 409 F.3d 1073 (9th Cir. 2005).

IT IS SO ORDERED.

**Dated: August 25, 2005**              /s/ Robert E. Coyle
668554                                   UNITED STATES DISTRICT JUDGE

1