ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
AURORA TREVINO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| UNITED STATES OF AMERICA, | ) Case No.: CR-00-05432-1-REC |
|---|---|
| Plaintiff, | ) STIPULATION FOR CONTINUANCE AND ) ORDER THEREIN |
| vs. | ) |
| AURORA TREVINO, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED between the Defendant, AURORA TREVINO, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Jonathon B. Conklin that the Hearing now set for Monday, October 31, 2005, at 9:00 a.m. be continued to Monday, November 7, 2005 at 9:00 a.m..

   It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

PDF created with pdfFactory trial version www.pdffactory.com

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;
2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: October 25, 2005

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Aurora Trevino

Dated: October 25, 2005

/s/ Jonathon B. Conklin
Jonathon B. Conklin,
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Hearing set for October 31, 2005, is vacated and continued to November 7, 2005 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated: October _27, 2005

/s/ ROBERT E. COYLE
Honorable Robert E. Coyle,
Senior U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com