UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | CR F-00-5432 REC |
| ) | |
| v. ) | |
| ) | |
| AURORA G. TREVINO ) | |
| ) | |
| Defendant ) | ORDER GRANTING MOTION TO STAY |
| _____) | SURRENDER ONE DAY |

The defendant is granted a one day extension to surrender to Dublin, CA.  She must surrender before 2:00 pm on March 7, 2006.

Dated:

_____
ROBERT E. COYLE
United States District Judge

1