```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,     )
                              )
              Plaintiff       )       CR F-00-5432 REC
                              )
     v.                       )
                              )
AURORA G. TREVINO             )
                              )
              Defendant       )   ORDER GRANTING MOTION TO STAY
_____)   SURRENDER ONE DAY
```

The defendant is granted a one day extension to surrender to Dublin, CA.  She must surrender before 2:00 pm on March 7, 2006.

Dated: 3/6/2006


                                    __/s/ ROBERT E. COYLE_____
                                    ROBERT E. COYLE
                                    United States District Judge

1